IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRACY ARTHUR ALSTON

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,

    Defendants.

Case No.: 8:15-cv-03806-DKC

### STIPULATION OF DISMISSAL WITH PREJUDICE

Tracy Arthur Alston, and Experian Information Solutions, Inc. stipulate and agree that:

1.    Tracy Arthur Alston complaint, first amended complaint, claims and pleadings filed against Experian Information Solutions, Inc. are hereby dismissed with prejudice with Tracy Arthur Alston and Experian Information Solutions, Inc. bearing their own attorney's fees, expert's fees and costs.

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
  PORDY & ECKER, P.A.

By: _____

_____
Tracy Arthur Alston
10012 Cedarhollow Lane
Largo, Maryland 20774
202-749-9641
*Pro Se*, Plaintiff

Meredith S. Campbell
Joy C. Einstein
Sandy David Baron
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
301-255-0547
Attorneys for Experian Information Solutions, Inc.